Providence Institution for Savings, appellee, v. Mildred J. Davidson et al., appellants. Gen. No. 36,611.

Opinion filed March 29, 1933. Rehearing denied April 13, 1933.
Rubenstein & Becker, for appellants; Harry Becker, of counsel. Scott, MacLeish & Falk, for appellee; Walter S. Underwood, George W. Swain, Harold D. Burgess and John F. McCarthy, of counsel.
Mr. Presiding Justice Wilson delivered the opinion of the court.

Helen M. Lott (Williams) et al., appellees, v. Lott Hotels, Inc., and Fidelity and Casualty Company of New York, appellants. Gen. No. 35,893.

Opinion filed March 29, 1933. Rehearing denied April 13, 1933.
Harris F. Williams, H. L. Howard and William Greene, for appellants; L. A. Wheeler and Robert C. Baumgartner, of counsel. Socrates & Davis and Louis L. Cohen, for appellees; Nicholas A. Socrates, of counsel.
Mr. Justice Hall delivered the opinion of the court.

Bernice Kaplan, administratrix of the estate of Abe Kaplan, deceased, appellant, v. Gust Demos, appellee. Gen. No. 35,903.

Opinion filed March 29, 1933. Rehearing denied April 13, 1933.
Morris H. Cohen, for appellant. Cummings & Wyman, for appellee; Daniel P. Nagle, of counsel.
Mr. Justice Hall delivered the opinion of the court.

City of Chicago, appellee, v. Samuel Glaubach, appellant. Gen. No. 35,922.

Opinion filed March 29, 1933.
Michael B. Roderick, for appellant. No appearance for appellee.
Mr. Justice Hall delivered the opinion of the court.